441 A.2d 464

O'Neill, Appellant v. Airco, Inc., et al.

Argued January 28, 1981. Neil J. Rovner, for appellants; Clyde W. McIntyre, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.

441 A.2d 465

Reamer, et al., Appellants v. Yarborough, et al.

Submitted March 6, 1980. Kenneth L. Rotz, for appellants; John McCrea, III, for appellees.

Before CERCONE, P. J., WATKINS and MONTGOMERY, JJ.

Decree affirmed.

CERCONE, P. J., concurred in the result.